UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                **ORDER**
                                               Criminal File No. 16-256 (MJD/LIB)

(1) CARSTIE LEE CLAUSEN,

      Defendant.

Deidre Y. Aanstad, Assistant United States Attorney, Counsel for Plaintiff.

Defendant Carstie Lee Clausen, pro se.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 8, 2020. Defendant Carstie Lee Clausen filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated May 8, 2020. As the Government notes in its response to

Defendant's objections, Defendant has been released from FCI-Elkton and is working with the Residential Reentry Management Field Office in Minneapolis to be released to home confinement.  Thus, Defendant's motion for release from FCI-Elkton is moot.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 8, 2020 [Docket No. 176].

2. Defendant's Motion for Emergency Release [Docket No. 169] is **DENIED as moot**.

Dated:  May 29, 2020         s/ Michael J. Davis
                             Michael J. Davis
                             United States District Court